

# SureGuard® Correctional Safety Restraint Chair

**Warning** - Use of the SureGuard® Correctional Safety Restraint Chair without first reading and thoroughly understanding the instructions could cause injury or death.

Please be aware that the SoftGuard® and SureGuard® Safety Restraint Chairs are designed for maximum protection and safety when all available restraints are used. The operator's decision to use less than every available restraint strap may increase the risk of personal injury to the restrained individual.

The SureGuard® Correctional Safety Restraint Chair is intended to help control combative, self destructive, or potentially violent detainees. If used properly it can reduce the risk of physical harm to both the detainee and correctional staff. Violent behavior may mask dangerous medical conditions therefore detainees must be monitored for and provided with medical treatment if needed. **Detainees should not be left in the SureGuard® Correctional Safety Restraint Chair for more than two hours.** This time limit was established to allow for the detainee to calm down, and if needed it allows for the correctional staff to seek medical or psychological help for the detainee. This two hour time limit may be extended, but only under medical supervision (Doctor/Nurse). This extended time period must not exceed eight hours and range of motion exercises must be performed regularly. Therefore we do not recommend anyone be left in the SureGuard® Correctional Safety Restraint Chair for more than ten hours total.

**No belt or strap should be tight enough to restrict any blood flow.** Handcuffs and leg irons must be removed as soon as possible to prevent injury. The SureGuard® Correctional Safety Restraint Chair must <u>always</u> be used in the upright position.

The SureGuard® Correctional Safety Restraint Chair should never be used as a means of punishment.

Supplemental
Exhibit A.

23-CV-298

Safety Restraint Chair Inc.
PO Box 540653 Omaha, NE, 68154

## Medical {5966176}

TRAVIS WADE BRADEN <uqh81pfg@cpcvisit.com>

Wed 1/4/2023 10:11 PM

To:nurse sherifffranklincounty.com <nurse@sherifffranklincounty.com>

i been having alot of trouble with my eyesight and hearing for almost 7-8 months now will u please call me in for an exam im not seeing much at all over 5 feet away and cant hear in my right ear to even talk on the phone.

-

SubjectId: 7654
Inmate: TRAVIS WADE BRADEN
Housing: E
Facility: Franklin IL

Supplemental
Exhibit B.

Case No.
23-CV-298

**Medical {6018227}**

TRAVIS WADE BRADEN <uqh81pfg@cpcvisit.com>

Thu 1/12/2023 11:22 PM

To:nurse sherifffranklincounty.com <nurse@sherifffranklincounty.com>

can i please be seen about my hearing? you told me today that u would see me tomorrow about this
because your machine wasnt charged. im not hearing well at all in my right ear. and can you update me
on what the dr says about my eyesight?

-

SubjectId: 7654
Inmate: TRAVIS WADE BRADEN
Housing: E
Facility: Franklin IL

FORM 22A.20

( ) Telemedicine    ( ) New Visit    ( ) Follow-u

( ) MD    ( ) NP/PA    (√) Nurse

## Medical Progress Note

Date: 01.12.23    Time: 1302

Patient Name: Braden, Travis    DOB: 08.25.86    Age: 36

Allergies: Codeine    Inmate ID #: TN22090124

Are you having thoughts of self-harm?

Subjective Complaint: Difficulty reading/seeing. have to get    Duration: 1 mo.
really close to the TV and phelp

| Objective | Vitals: | BP: 122/66  Pulse: 65   Resp: 18   Temp: 97.3  Weight: 176.6 Pulse Oximetry: 99 | |
|---|---|---|---|
| | Labs | | X-rays |
| Eye | L - 20/30    R - 20/50 | | |
| Head/Ears/Nose/Throat | | | |
| Lungs/Chest | | | |
| Heart | | | |
| Abdomen | | | |
| Genito-Urinary | | | |
| Musculoskeletal | | | |
| Skin | | | |
| Neuro | | | |
| Other | | | |

Practitioner Assessment:

Plan:

No other complaints by patient:

Follow-up: PRN

Patient Education:

Orders Processed By:

_Ashley Cirl LPN_
Nurse Signature

_[signature]_ 1/28/23
Practitioner Signature

## Medical {6065569}

TRAVIS WADE BRADEN <uqh81pfg@cpcvisit.com>

Fri 1/20/2023 6:07 PM

To:nurse sherifffranklincounty.com <nurse@sherifffranklincounty.com>

i need to be seen about my eyesight and im feeling sick.

-

SubjectId: 7654
Inmate: TRAVIS WADE BRADEN
Housing: E
Facility: Franklin IL

( ) Telemedicine    ( ) New Visit    ( ) Follow-u

( ) MD    ( ) NP/PA    (✓) Nurse

## Medical Progress Note

Date: 01.24.23    Time: 0949

Patient Name: Braden, Travis    DOB: 08.25.86    Age: 36

Allergies: Codeine    Inmate ID #:

Are you having thoughts of self-harm?

Subjective Complaint: Eyes are getting worse. Have to    Duration:
Strain to see tv and read. "I was sprayed c̄ O.C. spray
about 1 yr ago and that may be the reason I'm having issues"

Vitals: BP: 124/88 Pulse: 58 Resp: 18 Temp: 97.3 Weight: 172.6 Pulse Oximetry: 99 %RA

| Objective | Labs | | X-rays | |
|---|---|---|---|---|
| Eye | Pupils reactive to light. Round, not bloodshot noted. | | | |
| Head/Ears/Nose/Throat | | | | |
| Lungs/Chest | | | | |
| Heart | | | | |
| Abdomen | | | | |
| Genito-Urinary | | | | |
| Musculoskeletal | | | | |
| Skin | | | | |
| Neuro | | | | |
| Other | | | | |

Practitioner Assessment: Per Dr. Lochard f/u c̄ eye doctor EENT upon release

Plan: T.O. Dr. Lochard - no new orders at this time

No other complaints by patient:

Follow-up: PRN

Patient Education:

Orders Processed By:

Ashley Cul LPN
Nurse Signature

Practitioner Signature

## Medical {6917134}

TRAVIS WADE BRADEN <uqh81pfg@cpcvisit.com>

Tue 5/23/2023 12:43 PM

To:nurse sherifffranklincounty.com <nurse@sherifffranklincounty.com>

can i please be scheduled to see the medical dr and/or mental health as i am having night terrors and problems sleeping and high anxiety and stress and as well as loss of vision and loss of smell and taste

-

SubjectId: 7654
Inmate: TRAVIS WADE BRADEN
Housing: B
Facility: Franklin IL

## Medical {6979184}

TRAVIS WADE BRADEN <uqh81pfg@cpcvisit.com>

Wed 5/31/2023 7:16 PM

To:nurse sherifffranklincounty.com <nurse@sherifffranklincounty.com>

i am still having trouble sleeping and high anxiety issues. will u please see me?

-

SubjectId: 7654

Inmate: TRAVIS WADE BRADEN

Housing: B

Facility: Franklin IL

FORM 22A.20

( ) Telemedicine    ( ) New Visit   ( ) Follow-u
( ) MD       ( ) NP/PA        ( ) Nurse

## Medical Progress Note

Date: 5-26-23      Time:

Patient Name: Braden Travs     DOB: 8-25-86      Age:

Allergies:                         Inmate ID #:

Are you having thoughts of self-harm? NO

Subjective Complaint: c/o high anxiety.
Reports Days without Sleep, ↑ agitation, Hx of Anxiety Treated in the past.                                                Duration:

| Objective | Vitals: Labs | BP: 130/80 Pulse: 68   Resp: 18   Temp: 97.1   Weight: 71   Pulse Oximetry: 99% |
|-----------|--------------|---------------------------------------------------------------|
| | | X-rays |
| Eye | | |
| Head/Ears/Nose/Throat | | |
| Lungs/Chest | | |
| Heart | | |
| Abdomen | | |
| Genito-Urinary | | |
| Musculoskeletal | | |
| Skin | | |
| Neuro | | A+O x 4, flat Affect. |
| Other | | |

Practitioner Assessment: Anxiety Disorder c insomnia

Plan: Hydroxine 25mg by Mouth in the Morning
x 30 Days.
Hydroxine 50mg by Mouth AAM at bedtime Evening

No other complaints by patient: X

Follow-up: As Needed.

Patient Education:

Orders Processed By:

Q. Oaker LPN
Nurse Signature

Practitioner Signature

U.S. Dept. of Justice
Civil Rights Division
950 Pennsylvania Ave. N.W.
Office of The Assistant Attorney. Main
Washington, D.C. 20530

Supplemental
Exhibit C.

Dear, DOJ
    Please find enclosed documents related to two complaints
I am pursuing regarding The Franklin County Jail and
The Williamson County Jail in Southern Illinois.
    In franklin County Jail, Benton, IL. 62812  I was
unconstitutionally confined in a Restraint Chair without
medical approval or oversight for over Approx 72 hours
and denied medical tx. and mental health Services
by the acting Sheriff David Bartoni and Jail Administrator
Anthony Skobel. I filed grievances to no avail.
Please review attached documents regarding these incidents
and if you require any additional documents or information
please respond to me!

I have had alot of trouble getting anywhere with my complaints and assure you that I am not the only inmate that has had Constitutional rights violations by staff and this administration. I am currently in custody at the Franklin County Jail. I am a White male, Age 36. Other inmates have similar problems with this jail abusing civil rights by not complying with administrative laws, regulations and policies. Incidents occured from 12-2-21 to 2-13-22

As for Williamson County Jail, I have taken the initiative to file a 1983 Civil Rights complaint seeking relief from incidents that happened to me after I was again placed into a Restraint Chair for over 72 hours without medical oversight and without justification as a lesser means of restraint was available and I was denied medical from 4/23/22 to 5/17/22 and was assaulted and Battered by C/O Austin Haynes, a gaurd at Williamson County Jail. This gaurd discreetly placed Oleo-Resin Capsicum Spray (Pepper Spray) on his gloved hands

and while I was in the restraint chair fully
restrained, non-combative, unable to flee or move
C/o Austin Haynes pretended to be doing a restraint
check on me and willfully and maliciously rubbed
his gloved hands containing (pepper spray) all over
my face and eyes leaving me like this without
Justification or medical care. I swallowed an
E-cigarette and rather than be taken to a hospital
I was punished to The Restraint Chair for 3
days and assaulted by an officer, then further
denied medical tx for 3 weeks with a lithium battery
in my intestines. I was never treated at all I was
released on my own recognizance by Chief Jail Administrator
Todd Hunter and told to go get medical help only
after I was finally able to get word out to my
family & friends that I was being denied medical
with a battery in my stomach -

All of this information and more can be found
in my civil rights complaint I filed in the
Southern District of Illinois
United States District Court

Case No. 23-CV-298

Since this incident I have called the Williamson
County Sheriffs office and sent multiple letters
requesting for an investigation and my right to file
Charges on C/o Austin Haynes for violating State laws
Committing Aggravated Battery using a chemical Substance
However I am not getting any response nor any officer
or investigator to come speak to me to file a formal
Complaint. So I write your office in hopes to
get help and file complaint as should be my right.
I'm told they do this as punishment exercises
to inmates regularly.

please review and investigate these complaints and respond to me. Thank you.

Respectfully,

Travis Braden

The undersigned declares under oath of penalty of perjury that the above forementioned information and all included documents are True in Substance and matters of fact

Signed, Travis Braden

Date:
July 11th 2023

Travis Wade Braden
Reg. No. 7654
Franklin Co. Jail
403 East Main St
Benton, IL. 62812

*Supplemental Exhibit D.*

Todd Hunter
Williamson Co. Jail Administrator
200 W. Jefferson St
Marion, IL 62959

June 2, 2023

RE: Freedom of Information Act (FOIA Request)
and letter for the order and preservation of
evidence pursuant to Federal Rules of Civil
Procedure (1983 Civil Rights Complaint)

Dear Mr. Hunter,
    Enclosed please review my request for the following
Specified Data to be sent to my under the
freedom of Information Act. (FOIA)
    Upon further review you will find a request
for the preservation of this Specified Data by
your records office pursuant to Federal Rules
of Evidence. Please be advised that this letter is
to inform you and the Williamson County Jail Staff
and Administration that you have been notified
by Travis Wade Braden of an official preservation
of evidence letter regarding any and all data, records,
evidence both digital/electronic/data as well as
all paper based Documents, records, medical records
et.al. that was maintained, created or in possession
of relating to Travis Wade Braden and his custody
within your facility between 4/23/22 and
5/17/22.

We respectfully ask you comply and prohibit you from actively destroying any evidence and (Stop all routine processes) that result in the destruction of any of this Specified data.

Note: Spoliation of evidence in a federal United States District Court is a felony offense.

Under Freedom of Information Act I Travis Wade Braden request from the Williamson Co. Jail copies of any records, medical records, incident reports, Observation Reports Audio/Video, and digital media recorded of Travis Wade Braden during custody in Williamson Co. Jail and Specifically while being held in a Restraint Chair and Observation Cell during the time period of 4-23-22 until 5-17-22. Any/all policies the Williamson County Jail has on the proper use of the Restraint Chair and a copy of the Manufacturers manual of the Restraint Chair that Travis Wade Braden was placed into during the custody of the specified time period of 4-23-22 until 5-17-22. All policy/protocol of the proper use of (CC-1C) Clearesin Capsicum spray or pepperspray and the correct application of the use of this substance on fully restrained inmates in the Restraint Chair.

Please send all these records to the following address

US Clerks
FED. Atty.
Williamson Co. Jail.

Travis Wade Braden
Reg No. 7654
Franklin County Jail
463 E Main St
Benton, IL 62812

Thank you for your time.

Sincerely,

Travis Braden

Exhibit E.

Case No.
23-CV-298

Williamson County Sheriff Office
404 N. Van Buren St.
Marion, IL. 62959

RE: Request to file formal Complaint and investigation into an incident involving the Assault and Aggravated Battery to an inmate Travis Braden, by a Williamson County Jail officer Austin Haynes during the custody date of 4-23-22 and 5-17-22 of Travis Braden

July 3rd 2023

Dear Sheriff,
   I am currently in custody at the Franklin County Jail and I am requesting your Office to file a formal complaint and properly investigate the complaint.
   I have already filed a federal Civil Rights Complaint with the federal United States District Courthouse of Southern District in E. St Louis Case No. 23-CV-298, I attempted to file complaint with your office several times and have failed to achieve an adequate response or get the Sheriffs Office to properly investigate.
   It is my right that as a United States Citizen I am protected by The United States Constitution, The Illinois Constitution and The laws of Illinois.

An incident occurred while I was at the Williamson County Jail involving 9/0 Austin Haynes at which time he exercised Excessive Force, Assault, and Aggravated Battery using Oleo-Resin Capsicum Spray discreetly placing the fluid on his gloved hands and maliciously and willfully rubbed it all over my face, while I was fully Restrained in a 4 point Restraint Chair in observation, unable to flee, non-combative. There is a host of Civil Rights violations Mr. Haynes Exercised, unlawfully however, I know this incident was recorded on camera while I was in observation and under restraint Chair sanctions by Todd Hunter. Enclosed is a copy of a letter I sent Mr. Hunter that he claims he never recieved. I am enclosing it again with this letter to again request for the production of these documents and under (FOIA) I ask that any records that I am denied that a written report be given to me citing the exclusions and the correct name and address of the person I send my appeal to regarding those records.

I was told by an officer I spoke to today
6-3-23 that they would send a Williamson
County Detective to the Franklin County Jail
to speak with me and take a complaint.
I ask that this please be completed and
taken seriously. In my Complaint the
City of Marion is named as defendants as
well as employees of the Williamson Co.
Sheriffs Office. If this complaint is not authenticly
investigated or filed, I am seeking the U.S.
Federal District Court Judge to compel the
State Law Claims be charged prosecuted.
I would be very greatful for your
compliance in this matter. Please advise
me of your decision, and please help me
retrieve all the (FOIA) documents I am
requesting.
Thank You.

Sincerly,
Travis Braden
Travis Braden

Supplemental
Exhibit F.

Case No.
23-CV-298

DET. CARL EGGEMEYER
INVESTIGATIONS COMMANDER

SHERIFF'S OFFICE
WILLIAMSON COUNTY
DET. CARL EGGEMEYER

404 N. VanBuren
Marion, IL 62959
Fax 618-998-2296
**618-997-6541**

ceggemeyer@wcsheriff.com

Supplemental Exhibit G.

Affidavit                    Date: 9/27-2023

Case No. 23-CV-298
Travis W. Braden,                    : Franklin Co. Jail
Vs.          Supplemental          403 E. Main St.
City of Marion et.   Exhibit G.    Benton, Il.
        Defendant                          62812
                     Case No.
                     23-CV-298

This is a voluntary Statement provided by the

Plaintiff Travis Wade Braden, Pro-Se in Case No.

23-CV-298, that on September 27, 2023

Plaintiff was interviewed by Detective Carl Eggemeyer

Investigations Commander of Williamson Co. Sheriffs

Office, regarding the violations of criminal laws violated,

during the events that occured between 4-23-22 and

5-17-22 within the Williamson County Jail by ½

Austin Haynes and Jail employees against the Plaintiff,

Travis Wade Braden. See Attatched (Contact Card.) pg (2)

        Signed and Sworn to be true in matters of
        facts and belief under penalties of perjury
        of Illinois State law.    Signed:
                                        Travis
                                        Braden   9/27/23
                                Travis Braden



Roderick and Solange MacArthur Justice Center
375 East Chicago Avenue
Chicago, Illinois 60611-3069
O 312 503 1271
F 312 503 1272

macarthurjusticecenter.org

*Supplemental*
*Exhibit H.*

*Case No.*
*23-CV-298*

June 20, 2023

**LEGAL MAIL**

Travis Wade Braden 7654
Franklin County Jail
403 E. Main Street
Benton, IL 62812

Dear Mx. Braden,

 Thank you for your letter requesting assistance from the Roderick and Solange MacArthur Justice Center. I was so sorry to read about the improper use of restraining chairs and how you suffered in them – in two different jails. This was new information for me and I have shared your letter with the director so that everyone in our office is aware of this issue.

 The MacArthur Justice Center is a public interest law firm whose mission is to litigate cases aimed at challenging injustices in the criminal legal system and holding people in power accountable. Because we have a small staff and are currently operating at a full case load, we are often unable to provide assistance in individual cases and situations.

 This is not to say that your case does not have merit. We have made a record of your letter in our database in the event that circumstances in the future might allow us to be of service. Unfortunately, because we have limited resources and select our cases with many factors in mind, we cannot pursue your case at this time. There are other organizations that may be able to help you, however. Please see the enclosed letter for that contact information. The Illinois Prison Project could also be a resource: Illinois Prison Project, 53 W. Jackson, Suite 452, Chicago, IL 60604. It might also be worth sharing this information with the ACLU National Prison Project: ACLU National Prison Project, 915 15th Street, NW, 7th Floor, Washington DC 20005.

 Thank you for reaching out to us. We appreciate this valuable information that you shared and I hope that we'll be able to work on this issue in the future.

Sincerely,

Katie Gruber
Trial Litigation Assistant
Roderick & Solange MacArthur Justice Center

Mac Arthur Justice Center
375 E Chicago Avenue
Chicago IL. 60611

May 21, 2023

RE: Civil Rights Legal Aid Request
Travis Wade Braden Reg. No. 7654
Franklin Co. Jail
403 East Main St.
Benton IL. 62812

Dear MacArthur Justice Center,
I am writing in hopes to recieve any legal aid assistance in regards to my civil rights being protected and help with two seperate incidents that took place in which I firmly believe my civil rights was violated by two different County jails and their employees.
I have sought out help from civil attorneys and found it difficult to get an atty. to actually represent me in these matters even though I was told by each atty. that I have a solid case against the jail officials for several violations of my civil rights.
Because of time limit concerns I have had to file Pro-Se against one county in a 1983 Federal Civil Rights Complaint with the Southern District of Illinois

(Cont. on pg. 2)

You can find this civil rights complaint online or by contacting the Southern District of United States Federal Courthouse by phone at 618-482-9371 (Case No. 23-298).

Both of these incidents that happened to me are similar and in regards to the improper use of a Restraint Chair by jail staff and the cruel and unusual punishments that are as a result of either not following proper protocol by the Manufacturers of this Chair or even maintaing a proper legal protocol at all within the Jails.

I was placed into a Restraint Chair for a period extending 72 hrs. while returning from a hospital (St. Francis Medical Center) after having surgery to my abdomen, without any justification and without proper medical oversight or any physicians orders while at the Franklin Co. Jail around Feb. 1st to Feb. 8th of 2022. I will provide a summarized narrative of this incident enclosed with this letter for more specific details.

Shortly after this incident, again I was incarcerated at the Williamson Co. Jail in Marion, IL. and again was placed into a Restraint Chair for a period exceeding 72 hours by Jail staff.

(Cont. on Pg. 3)

While in the Restraint Chair I was fully
restrained, unable to flee, non-combative,
and was assaulted and battered by a C/o
named Austin Haynes. This C/o placed OC-10
(Oleo Resin Capsicum Spray) on his gloved
hands before entering my observation cell
while on camera rubbed his hands all over my
face eyes ears and mouth with the red
OC-10 Pepper Spray with complete intent on
discretely and covertly causing me harm. I
was left in this Restraint Chair without proper
medical care or oversight and without
even opportunity to wash the pepperspray
off my skin or flush my eyes, and did
not be let out of the Restraint Chair for
a period exceeding 72 hours.
    I have proof of both these incidents
and proof of contact between Jail administrators
and Sheriffs at the time regarding my
custody in these jails.

    I was later released and looked into the
Restraint Chair Protocols, Mfrs and the
improper uses of these Chairs as
a punishment tool to deter inmates
from violating rules and discovered that
People across America have been
dying due to Blood clots and health

Cont. on pa. 4

issues as a direct result of being placed into restraints without following protocol or guidelines or failing to even have protocols or physicians oversights in regards to these chair proper use.

Some people was placed into the chair for over 28 days. Some 11 days. Some 2 days. Etc. and have died. These excessive cruel and unusual punishments violate inmates rights to sleep, or any civilized right to be free of abnormal and torturous methods of punishments used by jails in a systemic or systematic approach or policy that violates the basic needs of a humans normal and required needs to live. I was deprived sleep, movement, and suffered serious mental anguish, humiliation, depression, PTSD, Physical cuts/scarring and after being further assaulted by a c/o while fully restrained with OC-10/pepper spray, I suffer from loss of vision and sense of smell and taste. I have night terrors and phobics of being placed into this chair. As we speak I am once again in custody of one of the same jails that practices or uses this Restraint chair improperly.

Cont. on Pg. 5

I feel that it has been an extremely difficult task to investigate and properly attempt to prosecute the people responsible in my civil rights complaints or hold them accountable.

I am not afforded the luxury of an atty. in my case and have yet to file my second case on Franklin Co. I have very limited access to law library materials and neither do I understand common law principles or practices. I feel like these jails systematicly violate the Civil Rights of inmates while simultaneously having policies or in violation of civil rights further adhere to policies or no policy at all in conjunction with the goals of suppressing any civil rights complaints by means of retaliations, or by simply relying on the very ignorance of the people not knowing or having the knowledge or resources to fully defend their own civil rights at all.

These two jails as well as other jails in the Southern Illinois District have many incidents occur and very rarely even be held accountable at all and when they do its never close to remedies that are at all even sufficient or relational to the root of the problems. They arent held accountable they just hold the people of the State

Cont on Pg 6

of Illinois accountable when they settle the cases using State of Illinois funds to resolute cases. Too often not even losing jobs even after admitting guilt in civil cases as what is equivalent to criminal complaints or what any citizen would have been charged with as a crime in criminal court and be sentenced to prison.

I'm not sure you can help me at all but I'm going to continue to fight and seek justice in my case and am hopeful you or someone you may know can be of help. It's not just me this happens to its monell liability and systemic. I can give you 5 or 10 cases of civil rights violations at each county jail I been in within the past few yrs within Southern Illinois.

If you will please take the time to consider speaking with me, helping me, representing me, or even offering me advice or referrals where I can actually get a lawyer that not only tells me I have a case or gives me a referral to another, but that takes the initiative to care and to help me get things done in my cases or/ and to help make the jails stop violating the citizens civil rights, that would be most appreciative. Please Respond to me. Thank



# FAX

Supplemental
Exhibit I.

**To:** LT Skobel Jail

Company:

Fax: 618 435 9970

Phone:

Case No.
23-CV-298

**From:** Alexandra Stromidlo QMHP MSW

Fax: 618 319 6055

Phone: (618) 2035211

E-mail: Alexandra.Stromidlo@centerstone.org

## NOTES:

Travis Braden IM-CAT and assessment for LT. Anthony Skobel

**Date and time of transmission:** Monday, February 7, 2022 12:21:02 PM

**Number of pages including this cover sheet:** 08

RECEIVED  02/07/2022 12:20PM
Centerstone          2/7/2022 1:21:56 PM  PAGE   2/008   Fax Server

Episode 1: Admission - Behavioral Health Outpatient 02/07/2022 - Active
Client: Travis, Braden (070034312)
Submitted 02/07/2022 at 12:12 PM by ALEXANDRA STROMIDLO MSW QMHP

**Sections 1 to 3**
Client's Age: Over 21

Referral Source: Other

Referral Source Other (Describe):

Tennessee Hotline

Was this a Walk In Assessment?: No

Assessment Date: 02/07/2022

Guardianship Status: Own guardian

Interpreter Services: None required

Guardian Consent Received: Yes

Date of Call: 02/07/2022

Time of Call: 07:55 AM

Crisis Screener: STROMIDLO,ALEXANDRA (504661)

Date of Screening: 02/07/2022

Begin Time of Screening: 09:20 AM

End Time of Screening: 10:34 AM

Link to Diagnosis: Yes

Location: 515-Franklin Jail

Transfers: No Transfer

**Section 4**
Type of Disposition: Hospitalized at

Name of Community Resources or Hospitalized at: TBD

Resource Type: Inpatinet

1

Episode 1: Admission - Behavioral Health Outpatient 02/07/2022 - Active
Client: Travis, Braden (070034312)
Submitted 02/07/2022 at 12:12 PM by ALEXANDRA STROMIDLO MSW QMHP

---

**Section 5**

Appearance and Behavior:

The client is a 35 year old M. The client was alert and oriented 4X. The client's mood and affect were WNL. Client displayed irritation by being in the chair. The client denied suicidal and homicidal ideations and intent. Psychosis/delusions were not observed or reported during this assessment. The client's judgement, memory, impulse control, decision making abilities, and thought processes were WNL. Client can complete their ADLs, and they have fair insight toward their behavioral and mental health.

Threatening: No

Suicidal: No

Homicidal: No

Impulse Control: Poor

Hallucinatory: No

Delusional: No

Judgment: WNL

Memory: WNL

Mood: WNL

Affect: Angry

Insight: Fair

Orientation: WNL

Cognition: WNL

Presenting Problem:

Client's PP is they said they would like it to be In person. Client keeps eating things that aren't food. Anything he can get his hands on. No S/I.

2

Centerstone          2/7/2022 1:21:56 PM   PAGE   4/008   Fax Server
RECEIVED 02/07/2022 12:20PM

Episode 1: Admission - Behavioral Health Outpatient 02/07/2022 - Active
Client: Travis, Braden (070034312)
Submitted 02/07/2022 at 12:12 PM by ALEXANDRA STROMIDLO MSW QMHP

**Section 6**

3+ Suicide Risk: 0

3+ Decision Making: 0

3+ Intentional Misbehavior: 0

6+ Sexually Problematic Behavior: 0

6+ Fire Setting: 0

6+ Danger to Others: 0

6+ Other Self Harm (Recklessness): 2

6+ Non Suicidal Self Injurious Behavior: 2

6+ Delinquent/Criminal Behavior: 0

6+ Community Safety: 0

Depression: 0

Anxiety: 1

Adjustment to Trauma: 0

3+ Anger Control/Frustration Tolerance : 1

3+ Impulsivity/Hyperactivity: 0

6+ Conduct/Antisocial Behavior: 0

6+ Psychosis (thought Disorder): 0

6+ Substance Use: 0

Living Situation: 0

Family Functioning: 0

Social Functioning: 0

Developmental/Intellectual: 0

RECEIVED 02/07/2022 12:20PM

Centerstone        2/7/2022 1:21:56 PM  PAGE  5/008  Fax Server

Episode 1: Admission - Behavioral Health Outpatient 02/07/2022 - Active
Client: Travis, Braden (070034312)
Submitted 02/07/2022 at 12:12 PM by ALEXANDRA STROMIDLO MSW QMHP

Medication Compliance: 0

1+ Sleep: 2

16+ Parental/Care giving Role: 0

21+ Employment: 0

Safety: 0

Marital/Partner Violence in the home: 0

Client is their own guardian: Yes

Notes/Comments/Clarifications:

LT Skobel: States client is in a four point restraint due to him being a danger to himself. Client gets out of the chair every two hours to use the restroom and walk around. When client first arrived to Franklin County Jail client slammed his finger into the door, so he could be taken out of jail. This was two weeks after he arrived at the jail. Five weeks into his stay, Lt stated that client ate a piece of a glass light bulb, paper clips, part of the chair, e cigarettes, metal piece that goes on a mask, a carabineer, a pen, and an IV needle. Client has been in the hospital four times to attempt to get the objects removed from his body. The carabineer is still in his abdomen. Client was in surgery to attempt to remove it, without success. LT is scared that if client is not restrained he will rip out his 13 staples across his stomach and eat the staples. Client is a risk to himself. Client should not be let out of restraints due to the risk of him ripping out his staples and eating them. Client is at a risk to himself by consuming other inanimate objects. Client would benefit from inpatient hospitalization at a Psychiatric Hospital, such as Choate or Touchette.

Client appeared to be aggravated and irritated at the situation. Client was rolled out into the hallway due to him being in a four point restraint. Client states he has been in the chair for over 60 hours with no availability to get up and move around. Client states he is in the chair due to making the sheriff mad and costing him money. Client states he swallowed objects. Clinician had to ask client to explain what objects he swallowed. Client states he swallowed a part of a chair. Client states he has never eaten things before in his life, and this was all situational. Client was asked to explain more regarding his situation. Client states that he believes he does not need to be in jail and he needs to get out and be free. Client states that he figured out that if he gets himself hurt or eats something he will be sent to the hospital and out of the jail. His first week there he states he slammed his finger into the door so he could get out and get it looked at. Client states he is not sleeping well due to being in the chair. He wishes

RECEIVED 02/07/2022 12:20PM

Centerstone            2/7/2022 1:21:56 PM  PAGE   6/008   Fax Server

Episode 1: Admission - Behavioral Health Outpatient 02/07/2022 - Active
Client: Travis, Braden (070034312)
Submitted 02/07/2022 at 12:12 PM by ALEXANDRA STROMIDLO MSW QMHP

the jail staff would let him be free in his room to sleep. Client states there is nothing in the room to eat and he just wants to sleep. Client denies SI, HI, SH, and signs of psychosis.

Clinician believes that client would benefit from an inpatient hospitalization. Due to client being incarcerated, recommendation will go to jail to be given to state attorney to help the judge make the decision.

Draft/Final: Final

**Document Routing**
   Status: Pending

Approvers:

   CRISIS SCREENS-Final Approver (Pending)

RECEIVED 02/07/2022 12:20PM

Centerstone          2/7/2022 1:21:56 PM  PAGE    7/008   Fax Server

Client is experiencing a behavioral health crisis. Client has had an increase in symptomology over the past seven days and past coping skills are no longer effective. The writer received call from CARES line in regards to 36 year old M client that was in need of a lethality assessment at (School). Client's mental health assessment was conducted in person at Franklin County Jail in the jail between this writer and client.

Client is currently experiencing a behavioral health crisis. There has been a deterioration in level of functioning within the past 7 days and an increase in symptomology. Past coping skills are no longer effective. Writer explained client's rights and limits of confidentiality, Braden expressed that they understood.

Braden's assessment was completed at Franklin County Jail. Judgement, memory, decision making WNL. Branden is alert and oriented x4; time, place, day, and person.

Client's PP is they said they would like it to be In person. Client keeps eating things that aren't food. Anything he can get his hands on.  No S/I. Client is allergic to Codeine. Client denies any medical concerns. Client states he does not speak to a counselor. Client states he has not slept in over 60 hours. Client is in a four point restraint in a chair. Client states he has been in the chair since Friday. Client states no disruptions in appetite. Client states he smokes cigarettes. Client has multiple charges in Franklin, Saline, Williamson, and others. Client can complete his ADL's.

Medications: Tramadol; compliant.

LT Skobel: States client is in a four point restraint due to him being a danger to himself. Client gets out of the chair every two hours to use the restroom and walk around. When client first arrived to Franklin County Jail client slammed his finger into the door, so he could be taken out of jail. This was two weeks after he arrived at the jail. Five weeks into his stay, Lt stated that client ate a piece of a glass light bulb, paper clips, part of the chair, e cigarettes, metal piece that goes on a mask, a carabineer, a pen, and an IV needle. Client has been in the hospital four times to attempt to get the objects removed from his body. The carabineer is still in his abdomen. Client was in surgery to attempt to remove it, without success. LT is scared that if client is not restrained he will rip out his 13 staples across his stomach and eat the staples. Client is a risk to himself. Client should not be let out of restraints due to the risk of him ripping out his staples and eating them. Client is at a risk to himself by consuming other inanimate objects. Client would benefit from inpatient hospitalization at a Psychiatric Hospital, such as Choate or Touchette.

Clinician believes that client would benefit from an inpatient hospitalization. Due to client being incarcerated, recommendation will go to jail to be given to state attorney to help the judge make the decision.

Client appeared to be aggravated and irritated at the situation. Client was rolled out into the hallway due to him being in a four point restraint. Client states he has been in the chair for over 60 hours with no availability to get up and move around. Client states he is in the chair due to making the sheriff mad and costing him money. Client states he swallowed objects. Clinician had to ask client to explain what

Supplemental Exhibit. I.

Pg ① of 2

Case No. 23-CV-298                Affidavit

Travis W. Braden
    Plaintiff

    Vs.

City of Marion (et. al.)
    Defendants

Date: 9/28/23

This is a voluntary Statement made by Plaintiff Travis Wade Braden, Pro-Se, in Case No. 23-CV-298., That on or about 4-22-22 or 4-23-22 I was held on a Williamson County Warrant at Franklin Co. Jail and upon transport Staff at Franklin County Jail was aware of my Mental Health concerns and need for Treatment as documented in the attatched Fax by Alexandra Stromidlo documenting a Mental Health Evaluation that was Conducted while Plaintiff in custody on 2-7-22 at Franklin Co. Jail that recommended Plaintiff to be in-patient hospitalized. No further tx. was given to Plaintiff. Plaintiff was transported to Williamson County Custody and denied medical Mental Health exams properly completed upon intake or further after Self-Harm incidents at Williamson Co. Jail.

Travis Wade Braden
Reg. No. B84749
Graham Correctional Center
12078 IL. Rte. #185
Hillsboro, IL.
62049

(Legal Mail ✕
23-cv-298)

c/o Clerk,
United States District Court
for the
Southern District
of
Illinois

750 Missouri Avenue
East St. Louis, Illinois
62201

This Correspondence
Is From An Inmate
Of The IL Dept
Of Corrections



US POSTAGE
$ 003.03°
ZIP 62049
02 4W
0000362161 OCT 06 2023

MAIL CLEARED
US MARSHALS

RECEIVED

OCT 1 0 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE